In the

# United States Court of Appeals

For the Eleventh Circuit

_____

No. 23-13321

_____

MICHAEL SOCKWELL,

                                                     Petitioner-Appellant,

*versus*

COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS,

                                                      Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Alabama
D.C. Docket No. 2:13-cv-00913-WKW-KFP

_____

Before LUCK, ABUDU, and WILSON, Circuit Judges.

PER CURIAM:

The Petition for Panel Rehearing filed by Appellee is DENIED.